# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. et. al., <br><br> PLAINTIFF(S) <br><br> v. <br><br> RAYTHEON COMPANY et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 06-03614-ODW(FMOx) <br><br> **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

__7/18/16__ / __152__ / __MOTION to Dismiss Case__
Date Filed          Doc. No.          Title of Document

_____ / _____ / _____
Date Filed          Doc. No.          Title of Document

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☒ Other: Comply with Local Rule 6.1 when filing a motion.

Dated: July 19, 2016          By: _/s/ Otis D. Wright/_
                                  U.S. District Judge ~~/ U.S. Magistrate Judge~~

*cc: Assigned District and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)          ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)