**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEVEN MATESKI,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYTHEON COMPANY,<br><br>    Defendant. | Case № 2:06-cv-03614-ODW(KSx)<br><br>**JUDGMENT** |

On June 9, 2006, Relator Steven Mateski filed this action on behalf of the United States of America against Defendants Raytheon Company and Northrop Grumman Corporation. (ECF No. 1.) On August 7, 2012, the Court dismissed Defendant Northrop Grumman Corporation without prejudice. (ECF No. 83.) On August 3, 2017, the Court granted Defendant Raytheon Company's Motion to Dismiss Relator's Fifth Amended Complaint without leave to amend. (ECF No. 199.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Relator Steven Mateski and the United States of America shall recover nothing from Defendant Raytheon Company;

2. The Fifth Amended Complaint is dismissed on the merits and with prejudice;

3. Defendant Raytheon Company shall recover its costs from Relator Steven Mateski as evidenced by a Bill of Costs.

**IT IS SO ORDERED.**

August 3, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**